UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Glenn Ashe,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>Synchrony Bank f/k/a GE Capital Retail Bank; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | : Civil Action No.: 3:14-cv-1980<br>:<br>:<br>: COMPLAINT<br>:<br>:<br>: December 31, 2014<br>: |

For this Complaint, the Plaintiff, Glenn Ashe, by undersigned counsel, states as follows:

**JURISDICTION**

1.　This action arises out of Defendants' repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et. seq.* ("TCPA").

2.　Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the Defendants transact business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

**PARTIES**

3.　The Plaintiff, Glenn Ashe ("Plaintiff"), is an adult individual residing in Milford, Connecticut, and is a "person" as defined by 47 U.S.C. § 153(39).

4.　Defendant Synchrony Bank f/k/a GE Capital Retail Bank ("Synchrony"), is an Ohio business entity with an address of 950 Forrer Boulevard, Kettering, Ohio 45420, operating as a collection agency, and is a "person" as defined by 47 U.S.C. § 153(39).

5.　Does 1-10 (the "Agents") are individual agents employed by

Synchrony and whose identities are currently unknown to the Plaintiff. One or more of the Agents may be joined as parties once their identities are disclosed through discovery.

6. Synchrony at all times acted by and through one or more of the Agents.

## FACTS

7. In or around September 2014, Synchrony began calling Plaintiff's cellular telephone, number 203-XXX-7419.

8. Synchrony called Plaintiff from telephone number 937-534-2092.

9. Synchrony called Plaintiff using an automated telephone dialing system ("ATDS") and an artificial or prerecorded voice.

10. When Plaintiff answered calls from Synchrony he heard a prerecorded message stating "this call may be monitored or recorded," before being connected to a live representative.

11. On at least two occasions in September 2014, Plaintiff told Synchrony that he was unemployed and could only make limited payments.

12. During the aforementioned conversations, Plaintiff requested that Synchrony stop calling him.

13. Nevertheless, Synchrony continued to place numerous ATDS calls to Plaintiff's cellular telephone without Plaintiff's consent.

## COUNT I

## VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT –

## 47 U.S.C. § 227, et seq.

14. The Plaintiff incorporates by reference all of the above paragraphs of

this Complaint as though fully stated herein.

15. At all times mentioned herein, Defendants called Plaintiff on his cellular telephone using an automatic telephone dialing system ("ATDS") and a prerecorded or artificial voice.

16. Despite being directing to cease all calls, Defendants continued to place automatic telephone calls to Plaintiff's cellular telephone. As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

17. The telephone number called by Defendants was assigned to a cellular telephone service for which Plaintiff incurs charges for incoming calls pursuant to 47 U.S.C. § 227(b)(1).

18. The calls from Defendants to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

19. Plaintiff is entitled to an award of $500.00 in statutory damages for each call made in negligent violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

20. Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 for each call made in knowing and/or willful violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff prays that judgment be entered against the Defendants:

    1. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

2. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C); and

3. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: December 31, 2014

          Respectfully submitted,

          By   /s/ Sergei Lemberg

Sergei Lemberg, Esq.
LEMBERG LAW L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:   (203) 653-3424
Attorney for Plaintiff