**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____

Glenn Ashe,

                Plaintiff,

    v.

Synchrony Bank f/k/a GE Capital Retail Bank; and DOES 1-10, inclusive,

                Defendant.

_____

Civil Action No.: 3:14-cv-01980-WWE

## **STIPULATION OF DISMISSAL**

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Defendants Synchrony Bank f/k/a GE Capital Retail Bank without prejudice and without costs to any party.

[SIGNATURES CONTIANED ON NEXT PAGE]

2

| | |
|---|---|
| Glenn Ashe | Synchrony Bank f/k/a GE Capital Retail Bank |
| /s/ Sergei Lemberg | /s/ Kim E. Rinehart |
| Sergei Lemberg, Esq.<br>LEMBERG LAW, LLC<br>1100 Summer Street, 3rd Floor<br>Stamford, CT  06905<br>(203) 653-2250<br>Attorney for Plaintiff | Kim E. Rinehart<br>Wiggin and Dana LLP<br>265 Church Street<br>P.O. Box 1832<br>New Haven, CT 06508<br>(203) 498-4363<br>Attorney for Defendant |

## CERTIFICATE OF SERVICE

      I hereby certify that on August 20, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                    By <u>/s/ Sergei Lemberg</u>
                                         Sergei Lemberg